INMATE
MAIL

neopost
09/29/2023
US POSTAGE $004.23°
ZIP 16239
041L12205275

David Kauffman #QP5561
SCI-Forest
P.O. Box 945
286 Woodland Drive
Marienville, PA 16239

Clerk of Court
United States District Court
700 Grant Street, Room 3110
Pittsburgh, PA 15219

