IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID R. KAUFFMAN, | : |
|     Plaintiff | : |
|     v. | : Case No. 3:23-cv-239-KAP |
| BARRY SMITH, *et al.*, | : |
|     Defendants | : |

<u>Memorandum Order</u>

    Plaintiff's most recent motions, ECF no. 15, ECF no. 16, ECF no. 17, are terminated as follows: ECF no. 15 is denied as moot. It crossed in the mail with my December 27, 2023 order at ECF 12.

    ECF no. 16 is denied as meritless. The procedure normally followed in this district is to have Magistrate Judges handle prison condition complaints, either on consent or on referral when fewer than all parties consent to Magistrate Judge jurisdiction. Plaintiff's lack of consent to my jurisdiction is noted, and he can appeal any order (on a nondispositive motion) or recommendation (on a dispositive matter) to a district judge.

    ECF no. 17 is denied as both premature (service has not even been attempted by plaintiff, who is not proceeding *in forma pauperis*) and meritless. A motion to compel answers to discovery requests that are not attached to or described in the motion to compel will never be granted.

DATE: January 16, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

David R Kauffman QD-9561
S.C.I. Forest
P.O. Box 945
286 Woodland Drive
Marienville, PA 16239

1