IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID R. KAUFFMAN, | : |
| Plaintiff | : |
| v. | : Case No. 3:23-cv-239-NR-KAP |
| BARRY SMITH, *et al.*, | : |
| Defendants | : |

<u>Order</u>

To implement Judge Ranjan's Omnibus Memorandum Order at ECF no. 140, plaintiff Kauffman's Amended Complaint, if any, shall be filed on or before January 12, 2026, with responses due on or before February 12, 2026. If no amended complaint is filed an Answer from the remaining defendants is due February 12, 2026. Discovery, including discovery on the excessive force claims shall commence on February 12, 2026 or when any motions practice on any amended complaint is concluded, whichever is later. A separate Rule 16 order will be issued. In the meantime the Clerk can terminate the motions at ECF no. 127 and ECF no. 133 as moot.

DATE: December 12, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel and plaintiff by ECF