**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID R. KAUFFMAN,** | : | **No. 3:23-CV-00239** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | **Electronically Filed Document** |
| **BARRY SMITH, et al.** | : | |
| **Defendants** | : | |

## CORRECTIONS DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES

AND NOW, come Corrections Defendants, through their counsel, Kelsey E. Kennedy, Assistant Counsel, and respectfully submit the following Answer:

### Introduction

1. This paragraph is comprised of conclusions of law with regard to Plaintiff's claims to which no response is required. However, any facts set forth by the Plaintiff are denied and strict proof is demanded.

### Jurisdiction

2. Denied. This is a legal conclusion to which no response is required. To the extent it is deemed to contain factual averments, they are denied.

3. Denied. This is a legal conclusion to which no response is required. To the extent it is deemed to contain factual averments, they are denied.

4. Denied. This is a legal conclusion to which no response is required. To the extent it is deemed to contain factual averments, they are denied.

5. Denied. This is a legal conclusion to which no response is required. To the extent it is deemed to contain factual averments, they are denied.

**Parties**

6. Admitted in part. Plaintiff has since been released into the community and is no longer in the custody of the Department.

7. The averments of Paragraph 7 are directed to a party that has been dismissed from this lawsuit pursuant to ECF 140.

8. The averments of Paragraph 8 are directed to a party that has been dismissed from this lawsuit pursuant to ECF 140.

9. The averments of Paragraph 9 are directed to a party that has been dismissed from this lawsuit pursuant to ECF 140.

10. The averments of Paragraph 10 are directed to a party that has been dismissed from this lawsuit pursuant to ECF 140.

10*. The averments of Paragraph 10* are directed to a party that has been dismissed from this lawsuit pursuant to ECF 140.

11. The averments of Paragraph 11 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140.

12. The averments of Paragraph 12 are directed to a party that has been dismissed from this lawsuit pursuant to ECF 140.

13. The averments of Paragraph 13 are directed to a party who is no longer part of this lawsuit, as all claims against her were dismissed pursuant to ECF 140.

14. The averments of Paragraph 14 are directed to a party that has been dismissed from this lawsuit pursuant to ECF 140.

15. The averments of Paragraph 15 are directed to a party that has been dismissed from this lawsuit pursuant to ECF 140.

16. The averments of Paragraph 16 are directed to a party other than Corrections Defendants and therefore no response is required.

17. The averments of Paragraph 17 are directed to a party other than Corrections Defendants and therefore no response is required.

18. The averments of Paragraph 18 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140.

19. Admitted in part, denied in part. It is admitted that Defendant Miller was a Unit Manager at SCI Fayette. To the extent a response is required to the remaining portions of these averments that are conclusions of law/legal argument, it is specifically denied that Answering Defendant's actions/inactions resulted in harm to Plaintiff or violated the Constitution.

20. The averments of Paragraph 20 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140.

21. The averments of Paragraph 21 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140.

22. The averments of Paragraph 22 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140.

23. The averments of Paragraph 23 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140.

24. The averments of Paragraph 24 are directed to a party who is no longer part of this lawsuit, as all claims against her were dismissed pursuant to ECF 140.

25. The averments of Paragraph 25 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140. The remaining averments

are directed to a party other than Corrections Defendants and therefore no response is required.

26. The averments of Paragraph 26 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140.

27. The averments of Paragraph 27 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140.

28. The averments of Paragraph 28 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140.

29. The averments of Paragraph 29 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140.

30. The averments of Paragraph 30 are directed to parties who are no longer part of this lawsuit, as all claims against them were dismissed pursuant to ECF 140.

31. Admitted in part. It is admitted that Defendant Dyche is a corrections officer employed at SCI Houtzdale at all times relevant to this lawsuit. The remaining averments are directed to parties who are no longer part of this lawsuit, as all claims against them were dismissed pursuant to ECF 140.

32. Admitted in part. It is admitted that Defendants Bloom and Ohler[1] were corrections officers employed at SCI Houtzdale at all times relevant to this lawsuit. The remaining averments are directed to parties who are no longer part of this lawsuit, as all claims against them were dismissed pursuant to ECF 140.

33. It is admitted that Defendant Young is a corrections officer employed at SCI Houtzdale at all times relevant to this lawsuit.

---

[1] Plaintiff misspells Defendant Ohler's last name as "Olsen" throughout the Complaint.

34. It is admitted that Defendant Hardy is a corrections officer employed at SCI Houtzdale at all times relevant to this lawsuit.

35. It is admitted that Defendants Korb, Buskirk, Rousell, and Gondek are corrections officers employed at SCI Houtzdale at all times relevant to this lawsuit. The remaining averments are directed to parties who are no longer part of this lawsuit, as all claims against them were dismissed pursuant to ECF 140.

36. The averments of Paragraph 36 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140. The remaining averments are directed to a party other than Corrections Defendants and therefore no response is required.

37. The averments of Paragraph 37 are directed to a party other than Corrections Defendants and therefore no response is required.

38. The averments of Paragraph 38 are directed to a party who is no longer part of this lawsuit, as all claims against her were dismissed pursuant to ECF 140.

39. It is admitted that Defendant Wells is a corrections officer employed at SCI Forest at all times relevant to this lawsuit.

40. Admitted in part. It is admitted that Defendant Knapp is a corrections officer employed at SCI Forest at all times relevant to this lawsuit. The remaining averments are directed to a party other than Corrections Defendants and therefore no response is required.

41. The averments of Paragraph 41 are directed to a party other than Corrections Defendants and therefore no response is required.

42. The averments of Paragraph 42 are directed to a party who is no longer part of this lawsuit, as all claims against him were dismissed pursuant to ECF 140.

43. The averments of Paragraph 43 are directed to a party other than Corrections Defendants and therefore no response is required.

#### **Facts**

44. After reasonable investigation, Defendants lack sufficient knowledge or information to form a belief as to the truth of the averments in this paragraph. These averments are therefore denied, with proof thereof demanded at trial.

45. After reasonable investigation, Defendants lack sufficient knowledge or information to form a belief as to the truth of the averments in this paragraph. These averments are therefore denied, with proof thereof demanded at trial.

46. After reasonable investigation, Defendants lack sufficient knowledge or information to form a belief as to the truth of the averments in this paragraph. These averments are therefore denied, with proof thereof demanded at trial.

47. After reasonable investigation, Defendants lack sufficient knowledge or information to form a belief as to the truth of the averments in this paragraph. These averments are therefore denied, with proof thereof demanded at trial.

48. The averments of Paragraph 48 are directed to a party other than Corrections Defendants and therefore no response is required.

49. After reasonable investigation, Defendants lack sufficient knowledge or information to form a belief as to the truth of the averments in this paragraph. These averments are therefore denied, with proof thereof demanded at trial.

50. The averments of Paragraph 50 are directed to a party other than Corrections Defendants and therefore no response is required.

51. The averments of Paragraph 51 are directed to a party other than Corrections Defendants and therefore no response is required.

52. The averments of Paragraph 52 are directed to a party other than Corrections Defendants and therefore no response is required.

53. The averments of Paragraph 53 are directed to a party other than Corrections Defendants and therefore no response is required.

54. The averments of Paragraph 54 are directed to a party other than Corrections Defendants and therefore no response is required.

55. The averments of Paragraph 55 are directed to a party other than Corrections Defendants and therefore no response is required.

56. The averments of Paragraph 56 are directed to a party other than Corrections Defendants and therefore no response is required.

57. The averments of Paragraph 57 are directed to a party other than Corrections Defendants and therefore no response is required.

58. The averments of Paragraph 58 are directed to a party other than Corrections Defendants and therefore no response is required.

59. The averments of Paragraph 59 are directed to a party other than Corrections Defendants and therefore no response is required.

60. The averments of Paragraph 60 are directed to a party other than Corrections Defendants and therefore no response is required.

61. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

62. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

63. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

64. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

65. The averments of Paragraph 65 are directed to a party other than Corrections Defendants and therefore no response is required.

66. The averments of Paragraph 66 are directed to a party other than Corrections Defendants and therefore no response is required.

67. The averments of Paragraph 67 are directed to a party other than Corrections Defendants and therefore no response is required.

68. The averments of Paragraph 68 are directed to a party other than Corrections Defendants and therefore no response is required.

69. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

70. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

71. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

72. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

73. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

74. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

75. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

76. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

77. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

78. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

79. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

80. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

81. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

82. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

83. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

84. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

85. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

86. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

87. The averments of Paragraph 87 are directed to a party other than Corrections Defendants and therefore no response is required.

88. The averments of Paragraph 88 are directed to a party other than Corrections Defendants and therefore no response is required.

89. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

90. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

91. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

92. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

93. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

94. The averments of Paragraph 94 are directed to a party other than Corrections Defendants and therefore no response is required.

95. The averments of Paragraph 95 are directed to a party other than Corrections Defendants and therefore no response is required.

96. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

97. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

98. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

99. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

100. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

101. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

102. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

103. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

104. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

105. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

106.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

107.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

108.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

109.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

110.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

111.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

112.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

115.    The averments of Paragraph 115[2] are directed to a party other than Corrections Defendants and therefore no response is required.

116.    The averments of Paragraph 116 are directed to a party other than Corrections Defendants and therefore no response is required.

117.    The averments of Paragraph 117 are directed to a party other than Corrections Defendants and therefore no response is required.

118.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

---

[2] Plaintiff's Complaint skips numbers 113 and 114. This Answer will mirror the numbering in the Complaint.

119.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

120.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

121.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

122.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

123.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

124.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

125.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

126.    The averments of Paragraph 126 are directed to a party other than Corrections Defendants and therefore no response is required.

127.    The averments of Paragraph 127 are directed to a party other than Corrections Defendants and therefore no response is required.

128.    The averments of Paragraph 128 are directed to a party other than Corrections Defendants and therefore no response is required.

129.    The averments of Paragraph 129 are directed to a party other than Corrections Defendants and therefore no response is required.

130. The averments of Paragraph 130 are directed to a party other than Corrections Defendants and therefore no response is required.

131. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

132. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

133. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

134. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

135. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

136. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

137. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

138. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

139. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

140. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

141.    Denied as stated. On April 24, 2022, Defendants Dyche and Young came to Plaintiff's cell to give him a mattress and smock blanket.

142.    Denied. Defendants Dyche and Young did not speak to Plaintiff about his grievances.

143.    Denied. It is specifically denied that Defendant Dyche made the statements alleged in this paragraph.

144.    Denied. It is specifically denied that Defendants turned off Plaintiff's water.

145.    Denied as stated. Defendants Dyche and Young came to Plaintiff's cell to give him a mattress and smock blanket, and directed Plaintiff to come to the cell door to be restrained so they could do so.

146.    Admitted.

147.    Denied. It is specifically denied that the events alleged in this paragraph occurred.

148.    Denied. It is specifically denied that the events alleged in this paragraph occurred.

149.    Denied. It is specifically denied that the events alleged in this paragraph occurred.

142.    Denied. It is specifically denied that the events alleged in this paragraph occurred.[3]

143.    Denied. Defendant Dyche did not punch Plaintiff.

144.    Denied. Defendant Young did not punch or kick Plaintiff.

145.    Denied. Defendants did not punch or kick Plaintiff. Plaintiff did not suffer a broken right knee.

146.    Denied. Plaintiff was restrained in order to receive a mattress and smock blanket. Once restrained, staff entered and put the contents inside the cell. Defendants then exited the cell and ordered Plaintiff to come to the door to remove his restraints, but Plaintiff

---

[3] Plaintiff's Complaint returns to No. 142, rather than moving to 150. Answering Defendants will mirror the numbering in the Complaint.

refused. Additional staff were called. A tether was placed on the hand restraints and Plaintiff was escorted to the door. The door was then secured. Plaintiff put tension on the tether and would not place his hands out of the aperture. Accordingly, staff placed positive pressure on the tether and were able to direct Plaintiff's hands into the aperture in order to remove his restraints.

147.    Denied. It is specifically denied that the events alleged in this paragraph occurred.

148.    Denied. Plaintiff was never sprayed with OC during this incident.

149.    Denied. It is specifically denied that the events alleged in this paragraph occurred.

150.    Denied. It is specifically denied that the events alleged in this paragraph occurred.

151.    Denied. It is specifically denied that the events alleged in this paragraph occurred.

152.    Denied. It is specifically denied that the events alleged in this paragraph occurred.

153.    Denied as stated. It is admitted that Defendant Gondek was present at Plaintiff's cell.

154.    Denied. Plaintiff refused to obey multiple orders from the officers, as discussed above.

155.    This paragraph is comprised of conclusions of law to which no response is required. However, to the extent a response is necessary, all factual averments are denied and strict proof is demanded

156.    This paragraph is comprised of conclusions of law to which no response is required. However, to the extent a response is necessary, all factual averments are denied and strict proof is demanded

157.    The averments of Paragraph 157 are directed to a party other than Corrections Defendants and therefore no response is required.

16

158.    The averments of Paragraph 158 are directed to a party other than Corrections Defendants and therefore no response is required.

159.    The averments of Paragraph 159 are directed to a party other than Corrections Defendants and therefore no response is required.

160.    The averments of Paragraph 160 are directed to a party other than Corrections Defendants and therefore no response is required.

161.    The averments of Paragraph 161 are directed to a party other than Corrections Defendants and therefore no response is required.

162.    The averments of Paragraph 162 are directed to a party other than Corrections Defendants and therefore no response is required.

163.    The averments of this paragraph relate to a party or claims that has been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

164.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

165.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

166.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

167.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

168.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

169.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

170.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

171.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

172.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

173.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

174.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

175.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

176.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

177.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

178.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

179.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

180. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

181. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

182. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

183. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

184. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

185. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

186. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

187. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

188. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

189. The averments of Paragraph 189 are directed to a party other than Corrections Defendants and therefore no response is required.

190. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

191.    The averments of Paragraph 191 are directed to a party other than Corrections Defendants and therefore no response is required.

192.    The averments of Paragraph 192 are directed to a party other than Corrections Defendants and therefore no response is required.

193.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

194.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

195.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

196.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

197.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

198.    The averments of this paragraph are directed to a party that has been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

199.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

200.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

201.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

20

202.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

203.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

204.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

205.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

206.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

207.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

208.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

209.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

210.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

211.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

212.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

213.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

214.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

215.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

216.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

217.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

218.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

219.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

220.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

221.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

222.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

223.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

224.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

225.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

226.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

227.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

228.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

229.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

230.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

231.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

232.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

233.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

234.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

235.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

236.    The averments of Paragraph 236 are directed to a party other than Corrections Defendants and therefore no response is required.

237.    The averments of Paragraph 237 are directed to a party other than Corrections Defendants and therefore no response is required.

238.    The averments of Paragraph 238 are directed to a party other than Corrections Defendants and therefore no response is required.

239.    The averments of Paragraph 239 are directed to a party other than Corrections Defendants and therefore no response is required.

240.    The averments of Paragraph 240 are directed to a party other than Corrections Defendants and therefore no response is required.

241.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

242.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

243.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

244.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

245.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

246.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

247.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

248.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

249.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

250.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

251.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

252.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

253.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

254.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

255.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

256.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

257.    It is admitted that on August 13, 2022, Plaintiff went to pick up his legal mail.

258.    It is admitted that Defendants Hardy, Ohler, and Bloom were present.

259.    Denied as stated. It is admitted that other inmates were in line for their legal mail at the time.

260.    Denied as stated. It is admitted that Plaintiff went to the desk to get his legal mail.

261.    The averments of Paragraph 261 are directed to a party other than Corrections Defendants and therefore no response is required.

262.    Denied. It is specifically denied that the events alleged in this paragraph occurred.

263.    Denied. It is specifically denied that the events alleged in this paragraph occurred.

264.    Denied. It is specifically denied that the events alleged in this paragraph occurred. Moreover, Plaintiff was never sprayed with OC during this incident.

265.    Denied as stated. It is admitted that Defendants Bloom and Ohler were present.

266.    Denied. Plaintiff was in line to receive his legal mail when he requested to read the legal mail and return it to sender, which is not permitted. Plaintiff was directed to follow the normal process but refused to comply. He then became belligerent and argumentative. Staff then secured Plaintiff in restraints for staff and inmate safety.

267.    Denied. It is specifically denied that the events alleged in this paragraph occurred.

268.    Denied as stated. The shift commander arrived and spoke to Plaintiff about the situation, after which the restraints were removed. Plaintiff was then directed to return to his housing unit. Initially he refused, but he eventually left the area.

269.    This paragraph is comprised of conclusions of law to which no response is required. However, to the extent a response is necessary, all factual averments are denied and strict proof is demanded.

270.    Denied as stated. The shift commander arrived and spoke to Plaintiff about the situation, after which the restraints were removed. Plaintiff was then directed to return to his housing unit. Initially he refused, but he eventually left the area.

271.    Denied. The shift commander arrived and spoke to Plaintiff about the situation, after which the restraints were removed. Plaintiff was then directed to return to his housing unit. Initially he refused, but he eventually left the area. Plaintiff did not request medical care. Plaintiff had not been sprayed with OC.

272.    Denied. After the restraints were removed, Plaintiff was directed to return to his housing unit. Initially he refused, but he eventually left the area.

273.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

274.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

273.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.[4]

274.    This paragraph is comprised of conclusions of law to which no response is required. However, to the extent a response is necessary, all factual averments are denied and strict proof is demanded.

275.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

276.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

---

[4] Plaintiff's Complaint re-uses No. 273 instead of moving to No. 275. This Answer will mirror the numbering in the Complaint.

277.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

278.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

279.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

280.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

281.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

282.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

283.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

284.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

285.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

286.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

287.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

288.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

289.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

290.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

291.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

292.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

293.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

294.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

295.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

296.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

297.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

298.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

299.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

300.     The averments of this paragraph relate to a party who has been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

301.     The averments of this paragraph relate to a party who has been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

302.     The averments of this paragraph relate to a party who has been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

303.     The averments of this paragraph relate to a party who has been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

304.     The averments of this paragraph relate to a party who has been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

305.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

306.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

307.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

308.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

309.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

310.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

311.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

312.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

313.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

314.    This paragraph is comprised of conclusions of law to which no response is required. However, to the extent a response is necessary, all factual averments are denied and strict proof is demanded.

315.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

316.    The averments of this paragraph related to claims or parties that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

317.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

318.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

319.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

320.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

321. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

322. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

323. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

324. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

325. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

326. The averments of this paragraph relate to a party that has been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

327. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

328. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

329. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

330. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

331. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

332.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

333.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

334.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

335.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

336.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

337.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

338.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

339.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

340.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

341.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

342.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

343. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

344. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

345. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

346. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

347. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

348. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

349. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

350. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

351. It is admitted that on November 22, 2022, Plaintiff struck his cell mate multiple times.

352. Denied. Defendant Knapp entered the cell and ordered Plaintiff to stop assaulting his cell mate

353. Admitted.

354. Denied. After Defendant Knapp entered the cell and ordered Plaintiff to stop assaulting his cell mate, Plaintiff then turned and struck Defendant Knapp in the shoulder.

355.     Denied. After Plaintiff struck Defendant Knapp, Defendant Knapp placed Plaintiff on the cell wall and Defendant Wells entered to assist and placed Plaintiff in handcuffs.

356.     Denied. Defendant Knapp and Wells then escorted Plaintiff to the vestibule. They did not beat Plaintiff.

357.     The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.[5]

358.     The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

359.     The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

360.     Denied. Plaintiff had continued to turn towards staff and refused to stand on his own, which is what caused the officers to assist him to the ground.

361.     Denied as stated. It is admitted that Defendant Miller was in the vestibule at the time of the incident.

362.     Denied. It is specifically denied that Defendant Miller made the statements alleged in this paragraph.

363.     Denied as stated. It is admitted that Plaintiff was escorted to medical after the incident.

364.     The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

365.     The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

---

[5] "Defendant Best" is not listed as a party and is not represented by undersigned counsel at this time.

35

366. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

367. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

368. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

369. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

370. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

371. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

372. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

373. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

374. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

375. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

376. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

377. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

378. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

379. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

380. The averments of this paragraph are directed to a party other than Answering Defendants, and thus no response is required.

381. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

382. The averments of this paragraph relate to claims and parties that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

383. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

384. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

385. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

386. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

387. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

388.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

389.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

390.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

391.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

392.    This paragraph contains legal conclusions to which no response is required. The remaining averments are related to parties and claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

393.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

394.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

395.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

396.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

397.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

398.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

399.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

400.     It is admitted that on March 5, 2023, Defendants Slater and Lesko came to Plaintiff's cell to conduct a legal exchange.

401.     After reasonable investigation, Defendants lack sufficient knowledge or information to form a belief as to the truth of the averments in this paragraph. These averments are therefore denied, with proof thereof demanded at trial.

402.     After reasonable investigation, Defendants lack sufficient knowledge or information to form a belief as to the truth of the averments in this paragraph. These averments are therefore denied, with proof thereof demanded at trial.

403.     Denied. On said date, Defendants Slater and Lesko did attempt to conduct a legal exchange. However, when Defendants arrived at Plaintiff's cell for the exchange, Plaintiff was non-compliant and was verbally abusive towards the Defendants. Defendant Lesko felt the best option was to terminate the exchange at that time. When Defendant Lesko began to close the wicket, Plaintiff attempted to stick his hand out of the aperture. Plaintiff's hand never made it out of the aperture because it was closed and secure by the time his hand got there, causing his hand to hit the closed wicket. At no time did either Defendant use force on the inmate.

404.     Denied. See Response to Paragraph 403.

405.     Denied. See Response to Paragraph 403.

406.     Denied. See Response to Paragraph 403.

407.     Denied. See Response to Paragraph 403.

408.     Denied. See Response to Paragraph 403.

409.    Denied. It is specifically denied that Defendant made the statements alleged in this paragraph.

410.    Denied as stated. It is admitted that Plaintiff attempted to stick his hand out of the aperture.

411.    Denied. See Response to Paragraph 403. By way of further response, it is specifically denied that either of the Defendants engaged in the conduct or made the statements alleged in this paragraph.

412.    Admitted.

413.    Denied. It is specially denied that the events alleged in this paragraph occurred.

414.    This paragraph contains legal conclusions to which no response is required. The remaining averments are related to parties and claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

415.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

416.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

417.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

418.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

419.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

420.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

421.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

422.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

423.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

Claims for Relief

424.     The averments of Paragraph 424 are directed to a party other than Answering Defendants, and thus no response is required.

425.     The averments of Paragraph 425 are directed to a party other than Answering Defendants, and thus no response is required.

426.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

427.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

428.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

429.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

430.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

431. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

432. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

433. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

434. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

435. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

436. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

437. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

438. This paragraph is comprised of conclusions of law to which no response is required. However, to the extent a response is necessary, all factual averments are denied and strict proof is demanded.

439. This paragraph is comprised of conclusions of law to which no response is required. However, to the extent a response is necessary, all factual averments are denied and strict proof is demanded.

440. The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

441.     This paragraph is comprised of conclusions of law to which no response is required. However, to the extent a response is necessary, all factual averments are denied and strict proof is demanded.

442.     This paragraph is comprised of conclusions of law to which no response is required. However, to the extent a response is necessary, all factual averments are denied and strict proof is demanded.

443.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

444.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

445.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

446.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

447.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

448.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

449.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

450.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

451.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

452.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

453.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

454.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

455.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

456.     This paragraph is comprised of conclusions of law to which no response is required. However, to the extent a response is necessary, all factual averments are denied and strict proof is demanded.

457.     This paragraph is comprised of conclusions of law to which no response is required. However, to the extent a response is necessary, all factual averments are denied and strict proof is demanded.

458.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

459.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

460.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

461.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

462.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

463.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

464.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

465.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

466.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

467.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

468.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

469.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

470.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

471.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

472.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

473.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

474.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

475.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

476.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

477.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

478.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

479.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

480.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

481.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

482.    The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

483.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

484.     The averments of this paragraph relate to claims that have been dismissed from this lawsuit pursuant to ECF 140, and thus no response is required.

## **Relief Requested**

A.-J. These paragraphs describe Plaintiff's requested relief, to which no response is required. However, to the extent there are any facts alleged in this section, such facts are denied and strict proof is demanded. It is further denied that Plaintiff's rights were violated in any way and he is therefore not entitled to any damages.

## FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a claim or cause of action pursuant to 42 U.S.C. § 1983 ("Section 1983") or state law, upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Answering Defendants assert each and every defense available under the existing Civil Rights Act of 1964, 42 U.S.C. § 1983.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to establish that Answering Defendants had the requisite state of mind for any of the alleged constitutional violations. However, if it is judicially determined otherwise, Answering Defendants never had the subjective knowledge that the alleged actions presented a substantial risk of harm to Plaintiff and Defendant at all times reasonably believed that he had not clearly violated Plaintiff's constitutional rights.

## FOURTH AFFIRMATIVE DEFENSE

Answering Defendants acted at all times within the scope of their authority, in good faith, and without malice and therefore are entitled to qualified immunity.

## FIFTH AFFIRMATIVE DEFENSE

To the extent that sovereign immunity has been waived with respect to any of Plaintiff's claims, Answering Defendants assert all defenses and limitations upon those claims which are or may hereafter be set forth at 42 Pa.C.S. §§ 8522-8528.

## SIXTH AFFIRMATIVE DEFENSE

Answering Defendants are entitled to official immunity from Plaintiff's claims.

## SEVENTH AFFIRMATIVE DEFENSE

Any and all damage or injury allegedly sustained by Plaintiff resulted not from the conduct or acts of Answering Defendants, but from the conduct or acts of other persons.

## EIGHTH AFFIRMATIVE DEFENSE

Any actions or inactions taken by Answering Defendants were matters within the discretion granted to Answering Defendants by statute, regulation, or directive, and therefore Defendants are immune from suit.

## NINTH AFFIRMATIVE DEFENSE

The Answering Defendants affirmatively plead any other matter constituting avoidance or affirmative defense.

## TENTH AFFIRMATIVE DEFENSE

The acts or omissions of Answering Defendants that were alleged to constitute constitutional violations were not substantial causes or factors in the alleged injuries sustained by Plaintiffs.

48

<u>ELEVENTH AFFIRMATIVE DEFENSE</u>

Plaintiff's unexhausted claims are barred pursuant to the Prison Litigation Reform Act. 42 U.S.C. § 1997e(a).

<u>TWELFTH AFFIRMATIVE DEFENSE</u>

Answering Defendants reserve the right to supplement these affirmative defenses.

**WHEREFORE**, Corrections Defendants request that the Complaint be dismissed with prejudice and judgment entered in their favor and against Plaintiff along with such costs, expenses, attorneys' fees and expenses as authorized by law and which the Court deems necessary, just, and appropriate under the circumstances.

Respectfully submitted,

Office of General Counsel

By: /s/ Kelsey E. Kennedy
Kelsey E. Kennedy
Assistant Counsel
Attorney I.D. No. 327618
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050
(717) 360-8686

Dated: February 12, 2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID R. KAUFFMAN,** | **:** | **No. 3:23-CV-00239** |
| | **:** | |
| **Plaintiff** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Electronically Filed Document** |
| **BARRY SMITH, et al.** | **:** | |
| **Defendants** | **:** | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Kelsey E. Kennedy, hereby certify that on February 12, 2026, I caused to be served a

true and correct copy of the foregoing document via ECF filing to:


David R. Kauffman
11 Forever Lane
Paradise, PA 17562
deathisrelease97@gmail.com
*Pro se Plaintiff*


*/s/ Kelsey E. Kennedy*

Kelsey E. Kennedy, Assistant Counsel
