**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAVID R. KAUFFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:23-CV-239 |
| | ) | |
| v. | ) | |
| | ) | |
| BARRY SMITH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the Court are objections (ECF 251) Mr. Kauffman has raised as to Magistrate Judge Ormsby's Report & Recommendation as to his pending Motion to Certify Final Judgment and an Interlocutory Appeal, which objections the Court hereby **OVERRULES**.

Regarding Mr. Kauffman's request for an interlocutory appeal, an interlocutory appeal on the denial of the motion for leave to amend would not involve "a controlling question of law as to which there is substantial ground for difference of opinion." 28 U.S.C § 1292(b). Mr. Kauffman appears to merely disagree with the Court's application of settled legal principles.

As to Mr. Kauffman's request to enter final judgment on the dismissed claim, the Court finds that Judge Ormsby has appropriately weighed the relevant factors to conclude that entry of final judgment would not advance judicial administrative interests, and that just reasons exist to delay the entry of final judgment here. *See generally Elliott v. Archdiocese of New York*, 692 F.3d 213 (3d Cir. 2012); *Allis-Chalmers Corp. v. Phila. Elec. Co*, 521 F.2d 360 (3d Cir. 1975).

For these reasons, the Court hereby **ADOPTS** Judge Ormsby's Report & Recommendation (ECF 247). Mr. Kauffman's Motion to Certify Final Judgment and an Interlocutory Appeal (ECF 182) is **DENIED**.

BY THE COURT:

Dated: November 23, 2026

/s/ J. Nicholas Ranjan
United States District Judge

cc:
David R. Kauffman
11 Forever Lane
Paradise, PA 17562